LAW OFFICES OF BRANDON A. BLOCK, APC
BRANDON A. BLOCK (Cal. Bar No. 215888)
9440 Santa Monica Boulevard, Suite 301
Beverly Hills, California 90210
Tel: 310.887.1440 | Fax: 310.496.1420
Attorneys for Plaintiff MARINO BARRERA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MARINO BARRERA, | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:20-cv-09900-RGK-MAAx |
| v.  AMERICAN CREDIT ACCEPTANCE, LLC, et al.,  Defendant(s). | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety. The dismissal is with prejudice.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ **ONLY** Defendant(s) Coastline Recovery Services, Inc. _____

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiff Marino Barrera.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

January 4, 2021                         /s/ Brandon A. Block
*Date*                                  *Signature of Attorney/Party*

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*